Eric C. Hanson, *Pro Hac Vice*
Email: ehanson@cozen.com
Mark S. Anderson, OSB No. 89153
Email: manderson@cozen.com
1201 Third Avenue, Suite 5200
Seattle, WA 98101
Tel: 206-340-1000
Facsimile: 206-621-8783

FILED'07 FEB 09 15:08 USDC-ORP

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| **ANTHONY BRINGMAN AND HEIDE PERRY-BRINGMAN,** husband and wife; and **AMEX ASSURANCE COMPANY**, an Illinois corporation,<br><br>Plaintiffs,<br><br>v.<br><br>**BROAN-NUTONE LLC,** a Delaware limited liability company,<br><br>Defendant. | Case No.: 3:06-CV-1113-PK<br><br>AMENDED STIPULATED GENERAL JUDGMENT OF DISMISSAL AND ORDER THEREON |

Pursuant to F.R.C.P. Rule 41, the parties through and by their respective attorneys of record hereby stipulate that the entire action be dismissed with prejudice and without an award of attorneys fees or costs.

DATED this 8th day of February, 2007.

COZEN O'CONNOR

By: /s/ Eric C. Hanson
_____
Eric C. Hanson, *Pro Hac Vice*
Email: ehanson@cozen.com
Mark S. Anderson, OSB No. 89153

AMENDED STIPULATED GENERAL JUDGMENT OF DISMISSAL AND ORDER THEREON
- 1 -

        Email: manderson@cozen.com
        1201 Third Avenue, Suite 5200
        Seattle, WA 98101
        Tel: 206-340-1000
        Facsimile: 206-621-8783

        Attorney for Plaintiffs

DATED this 8th day of February, 2007.

        LINDSAY, HART, NEIL & WEIGLER

        /s/ Jay W. Beattie
By: _____
        Jay W. Beattie
        1300 SW Fifth Avenue
        Portland, OR 97201-5640
        Telephone: (503) 226-7677
        Facsimile: (503) 226-7697

        Attorney for Defendant

## II. ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the above entitled case be DISMISSED in its entirety with prejudice and without an award of attorneys fees or costs to any party.

Dated this 9th day of February, 2007.

_____
~~Judge of the District Court~~ U.S. MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2007, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay W. Beattie  
Lindsay, Hart, Neil & Weigler, LLP  
1300 SW Fifth Ave., Suite 3400  
Portland, OR 97201-5640  
Telephone: 503-226-7677  
Facsimile: 503-2269-7697

Attorneys for Defendant

COZEN O'CONNOR

By: /s/ Terri Gaitano  
_____  
Terri Gaitano